Tomas A. Guterres, Esq. (State Bar No. 152729)
Catherine M. Mathers, Esq. (State Bar No. 221983)
Eric C. Brown, Esq. (State Bar No. 170410)
**COLLINS COLLINS MUIR + STEWART LLP**
1100 El Centro Street
South Pasadena, CA  91030
(626) 243-1100 – FAX (626) 243-1111
EMAIL:  cmathers@ccmslaw.com

JS-6

Attorneys for Defendants
COUNTY OF LOS ANGELES, LEROY BACA and PATRINA SMITH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.M.V., by and through his Guardian Ad Litem, CINDY MARTINEZ, A.S.M., a minor, by and through her Guardian Ad Litem, CINDY MARTINEZ,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF LOS ANGELES, LEROY BACA, in his individual and official capacity; and DOES 1-50, INCLUSIVE,<br><br>Defendants. | CASE NO. CV 07-5044 DMG (PLAx)<br><br>**ORDER OF DISMISSAL [129]** |

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

1

**ORDER OF DISMISSAL**

1  Pursuant to the Stipulation of the parties, the above-entitled action is dismissed
2  with prejudice in its entirety against Defendants, COUNTY OF LOS ANGELES,
3  LEROY BACA and PATRINA SMITH.  Each party is to bear their own attorneys'
4  fees and costs.
5  IT IS SO ORDERED.

DATED:  February 27, 2012

_____
DOLLY M. GEE
United States District Judge

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax      (626) 243-1111

2
**ORDER OF DISMISSAL**